IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF SOUTH CAROLINA

BEAUFORT DIVISION

| | |
|---|---|
| Kevin Isaacs, ) | |
| ) | Civil Action No. 8:07-1115 DCN BHH |
| Petitioner, ) | |
| ) | |
| vs. ) | |
| ) | |
| Donald F. Bauknecht, Warden of ) | |
| FCI-Williamsburg, ) | |
| ) | |
| Respondent. ) | |
| _____) | |

This matter is before the court on petitioner Kevin Isaacs's petition for writ of habeas corpus pursuant 28 U.S.C. § 2255. Because this court has been informed that petitioner has been released from federal custody, the instant petition is **DENIED** as moot.

**AND IT IS SO ORDERED.**

_____
David C. Norton
Chief United States District Judge

February 4, 2008
Charleston, SC